IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Solomon Johnson, ) | C/A No.: 1:18-2523-DCN-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Ronald Hollister, Marshall ) | |
| Stowers, and Marty Lutz, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, proceeding pro se, brought this action alleging violations of his constitutional rights by defendants. On November 30, 2018, defendant Marty Lutz ("Lutz") filed a motion to dismiss. [ECF No. 21]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on November 30, 2018, advising him of the importance of the motions and of the need for him to file adequate responses by December 31, 2018. [ECF No. 23]. Plaintiff was specifically advised that if he failed to respond adequately, the motion may be granted.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Lutz's motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to

the motion to dismiss by January 17, 2019. Plaintiff is further advised that if he fails to respond, the undersigned will recommend that this action be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO ORDERED.

January 3, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge