# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Solomon Johnson,<br>*Plaintiff*<br>v.<br><br>Ronald Hollister; Marshall Stowers; Marty Lutz,<br><br>*Defendants* | )<br>)<br>) Civil Action No.    1:18-cv-02523-DCN<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Solomon Johnson, shall take nothing of the defendant, Marty Lutz, and this action is dismissed with prejudice.

■ The plaintiff, Solomon Johnson, shall take nothing of the defendants, Ronald Hollister and Marshall Stowers, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming the Reports and Recommendations of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action with prejudice for failure to prosecute as to Marty Lutz and dismissing the action without prejudice as to Ronald Hollister and Marshall Stowers.

Date:   April 15, 2019                                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                       s/L. Baker
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*