# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Solomon Johnson,<br>*Plaintiff*<br>v.<br><br>Ronald Hollister; Marshall Stowers; Marty Lutz,<br><br>*Defendants* | ) Civil Action No.   1:18-cv-02523-DCN<br>)<br>)<br>)<br>) |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Solomon Johnson, shall take nothing of the defendant, Marty Lutz, and this action is dismissed with prejudice, as to that defendant.

■ The plaintiff, Solomon Johnson, shall take nothing of the defendants, Ronald Hollister and Marshall Stowers, and this action is dismissed without prejudice, as to those defendants.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, affirming the Reports and Recommendations of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action with prejudice for failure to prosecute as to Marty Lutz and dismissing the action without prejudice as to Ronald Hollister and Marshall Stowers.

Date:   April 16, 2019                                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/L. Baker
                                                                                        _____
                                                                                        *Signature of Clerk or Deputy Clerk*